UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>CADEEM CLARKE,<br><br>                    Defendant. | 24-MJ-775 (UA)<br>PART I – before Hon. Sidney H. Stein<br><br>ORDER |

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a conference on Friday, March 22 at 10:15 AM in Courtroom 23A regarding the appeal of defendant's bail disposition.

Dated: New York, New York
    March 20, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.