UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>CADEEM CLARKE,<br><br>Defendant. | 24-MJ-775 (UA)<br>PART I – before Hon. Sidney H. Stein<br><br>ORDER |

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the bail conference previously scheduled for March 22 is now rescheduled for Thursday, March 21 at 4:00 PM in Courtroom 23A.

Dated: New York, New York
       March 20, 2024

                      SO ORDERED:

                      _____
                      Sidney H. Stein, U.S.D.J.