UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | 24-MJ-775 (UA) |
| -v- | PART I – before Hon. Sidney H. Stein |
| CADEEM CLARKE, | |
| Defendant. | ORDER |

SIDNEY H. STEIN, U.S. District Judge.

    Having held a hearing with counsel for all parties present, the Court HEREBY AFFIRMS the bail disposition of Magistrate Judge Sarah L. Cave, entered on February 23, 2024.

Dated: New York, New York
       March 21, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.